# UNITED STATES DISTRICT COURT  *FID: 10568486*

for the

Middle District of North Carolina ☑

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER WILLIAM MCGUIRE<br><br>Defendant | )<br>)<br>)  Case No.   1:18CR139-1<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(*name of person to be arrested*)  ` CHRISTOPHER WILLIAM MCGUIRE`  ,
who is accused of an offense or violation based on the following document filed with the court:

☐  Indictment     ☐  Superseding Indictment     ☐  Information     ☐  Superseding Information     ☐  Complaint

☐  Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of the conditions of Supervised Release imposed by the Middle District of North Carolina on October 19, 2018

Date:     03/27/2026

Lawrence H. Cunningham, Clerk of Court
*Issuing officer's signature*

City and state:     Greensboro, North Carolina

/s/Leah J. Garland, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on (*date*)  3/30/26 , and the person was arrested on (*date*)  4/23/26<br>at (*city and state*)  CHARLOTTE, NC . |

Date:  4/23/26

RECEIVED
U.S. MARSHALS SERVICE

Mar 30 2026

MIDDLE DISTRICT OF N.C.
GREENSBORO

*Arresting officer's signature*

MATTHEW OWENS, DUSM
*Printed name and title*

Case 1:18-cr-00139-CCE     Document 38 *SEALED* (Court only)     Filed 03/27/26     Page

PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: CHRISTOPHER WILLIAM MCGUIRE                 Docket Number: 1:18CR139-1

Name of Sentencing Judicial Officer:   The Honorable Catherine C. Eagles

Date of Original Sentence:            October 19, 2018

Original Offense:   Count One: Interference with Commerce by Robbery in violation of 18 U.S.C. § 1951(a).
Count Two: Interference with Commerce by Robbery in violation of 18 U.S.C. § 1951(a).

Original Sentence:   Count One: 92 months imprisonment, followed by three (3) years of supervised release.
Count Two: 92 months imprisonment to run concurrently to Count One, followed by three (3) years of supervised release to run concurrently with Count One.

January 9, 2026: Modification for Location Monitoring was filed.

Type of Supervision: Supervised Release                 Date Supervision Commenced: April 11, 2025
Date Supervision Expires: April 10, 2028

Assistant U.S. Attorney: Whitney N. Shaffer                 Defense Attorney: Kathleen A. Gleason

---

## PETITIONING THE COURT

[X]    To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

The probation officer believes that Mr. McGuire has violated the following condition(s) of supervision:

**Violation 1 – You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.**

Mr. McGuire tested positive for and admitted to illicit substance use on seven (7) occasions between May 28, 2025, and February 24, 2026. After each positive drug test, Mr. McGuire provided a signed written admission to recent drug use, or the sample was confirmed positive by Abbott Toxicology.

Mr. McGuire tested positive for cocaine on May 28, 2025.

Mr. McGuire tested positive for amphetamines on October 20, 2025, November 6, 2025, November 19, 2025, November 25, 2025, and February 24, 2026.

Mr. McGuire tested positive for methamphetamine and amphetamine on February 19, 2026.

On November 19, 2025, Mr. McGuire provided a signed written admission stating that he used methamphetamine on November 5, 2025, November 6, 2025, November 7, 2025, November 8, 2025, November 17, 2025, and November 18, 2025.

**RE: CHRISTOPHER WILLIAM MCGUIRE** 2

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
  [X] revoked.
  [ ] extended for   years, for a total term of   years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on      March 23, 2026

Jeremy C. Rose
U.S. Probation Officer

Approved by:

Danielle A. Cooke
Supervisory U.S. Probation Officer

March 24, 2026
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA          )
                                  )
v.                                )          1:18CR139-1
                                  )
CHRISTOPHER WILLIAM MCGUIRE       )

### ORDER ON PETITION FOR WARRANT OR SUMMONS
### FOR OFFENDER UNDER SUPERVISION

This matter is before the Court upon request of the United States Probation Officer. Doc. 35. The Court has reviewed the petition and finds the following:

( )   No Action.

(x)   The Issuance of a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest on the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Office.

( )   The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( )   Other:

IT IS SO ORDERED.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE

Date: March 27, 2026